ACCEPTED
15-24-00044-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/17/2025 4:17 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00044-CV

## IN THE FIFTEENTH COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/17/2025 4:17:30 PM
CHRISTOPHER A. PRINE
Clerk

**OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF TEXAS,** *et al.,*
*Appellant,*

**v.**

**PFLAG, INC.**
*Appellee.*

On Appeal from the 261st Judicial District of Travis County, Texas
Cause No. D-1-GN-24-001276, Hon. Amy Clark Meachum

## JOINT STATUS REPORT

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

In response to the Court's letter dated April 7, 2025, the parties submit this status report. On March 10, 2025, Judge Amy Clark Meachum issued a final judgement on the merits in Cause No. D-1-GN-24-001276 in the 261st Judicial District of Travis County, Texas, the matter underlying this appeal. In light of that final judgment, the temporary injunction that is the subject of this appeal has been dissolved and this appeal is now moot.

The parties jointly request that this appeal be dismissed.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for
Civil Litigation

JOHNATHAN STONE
Chief, Consumer Protection Division

*/s/ Abigail E. Smith*
State Bar No. 24141756
Assistant Attorney General
Abby.Smith@oag.texas.gov

KATELAND R. JACKSON
Assistant Solicitor General

Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700
(512) 474-2697 (facsimile)

COUNSEL FOR APPELLANT

ARNOLD & PORTER KAYE SCHOLER, LLP LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.

By: */s/ Allissa Pollard*
    Allissa Pollard
    Texas State Bar No. 24065915
    Allissa.Pollard@arnoldporter.com
    700 Louisiana Street, Suite 4000
    Houston, TX 77002-2755
    (713) 576-2451 – Phone
    (713) 576-2499 – Fax

By: */s/ Paul D. Castillo*
    Paul D. Castillo
    Texas State Bar No. 24049461
    pcastillo@lambdalegal.org
    3500 Oak Lawn Ave, Unit 500
    Dallas, Texas 75219
    Phone: (214) 219-8585

ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
(713) 942-8146 – Phone
(713) 942-8966 – Fax

*Counsel for Appellee*

By: */s/ Brian Klosterboer*
    Brian Klosterboer
    Texas State Bar No. 24107833
    bklosterboer@aclutx.org
    Chloe Kempf
    Texas State Bar No. 24127325
    ckempf@aclutx.org
    Adriana Pinon
    Texas State Bar No. 24089768
    apinon@aclutx.org

**CERTIFICATE OF COMPLIANCE**

Microsoft Word reports that this document contains 94 words, excluding preempted text.

*/s/ Allissa Pollard*
Allissa Pollard

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Grace Ojionuka on behalf of Allissa Pollard
Bar No. 24065915
Grace.Ojionuka@arnoldporter.com
Envelope ID: 99818177
Filing Code Description: Other Document
Filing Description: JOINT STATUS REPORT
Status as of 4/17/2025 4:30 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Allissa Aileen Pollard | 24065915 | allissa.pollard@arnoldporter.com | 4/17/2025 4:17:30 PM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 4/17/2025 4:17:30 PM | SENT |
| David G. Shatto | | david.shatto@oag.texas.gov | 4/17/2025 4:17:30 PM | SENT |
| Zoann Willis | | zoann.willis@oag.texas.gov | 4/17/2025 4:17:30 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 4/17/2025 4:17:30 PM | SENT |
| Karen L.Lowey | | kloewy@lambdalegal.org | 4/17/2025 4:17:30 PM | SENT |
| Harper Seldin | | hseldin@aclu.org | 4/17/2025 4:17:30 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 4/17/2025 4:17:30 PM | SENT |
| Paul D.Castillo | | pcastillo@lambdalegal.org | 4/17/2025 4:17:30 PM | SENT |
| Matthew T.Kennedy | | matt.kennedy@oag.texas.gov | 4/17/2025 4:17:30 PM | ERROR |
| Brian Klosterboer | | bklosterboer@aclutx.org | 4/17/2025 4:17:30 PM | SENT |